**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**WESTERN DIVISION**

**GREEN GROSS, # 09724-003**                                                                 **PETITIONER**

**VERSUS**                                                         **CIVIL ACTION NO. 5:10-cv-5-DCB-MTP**

**BRUCE PEARSON**                                                                   **RESPONDENT**

<u>FINAL JUDGMENT</u>

This cause is before the court, <u>sua sponte</u>, for consideration of dismissal. Pursuant to the memorandum opinion issued this date and incorporated herein by reference,

IT IS HEREBY ORDERED AND ADJUDGED that this cause be, and is hereby, dismissed with prejudice.

SO ORDERED AND ADJUDGED, this the <u>3rd </u> day of March, 2010.

                                                    s/David Bramlette
                                                    UNITED STATES DISTRICT JUDGE